# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2272 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 110 DB 2015 |
| | : | |
| v. | : | Attorney Registration No. 25826 |
| | : | |
| JOHN KLINGER MORT, | : | (Juniata County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, John Klinger Mort is suspended from the Bar of this Commonwealth for a period of one year and one day, and he is directed to comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).